IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CONOCO PHILLIPS COMPANY, d/b/a PHILLIPS 66,<br><br>　　　　　　　Defendant. | CV-<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 as amended by the Pregnancy Discrimination Act of 1978 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, female (pregnancy) and to provide appropriate relief to Asherah Lucas and Dominique McNary, who were adversely affected by such practices. The Commission alleges that Defendant subjected Asherah Lucas to discriminatory terms, conditions, or privileges of employment because of her sex, female and pregnancy; placed Charging Party Asherah Lucas on an involuntary unpaid leave because of her sex, female and pregnancy; discharged or constructively discharged Charging Party Asherah Lucas because of her sex, female and pregnancy; and discharged Dominique McNary because of her sex, female and pregnancy.

## JURISDICTION AND VENUE

1.　Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and(3) of

Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of New Mexico.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant CONOCO PHILLIPS COMPANY, d/b/a PHILLIPS 66 has continuously been a Delaware Corporation doing business in the State of New Mexico and the City of Albuquerque and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been and is now an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Asherah Lucas filed a charge with the Commission alleging violations of Title VII by Defendant. During the scope of the investigation of Ms. Lucas' charge, the Commission discovered that Dominique McNary was also affected by the unlawful employment practices based on sex, female and pregnancy. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least November 15, 2004, Defendant has engaged in unlawful employment practices at their Albuquerque facilities, in violation of Sections 701(k) and 703(a) of Title VII, 42 U.S.C. §§ 2000e-(k) and 2000e-2(a). These unlawful employment practices include:

    A. Failing or refusing to provide temporary accommodations for Asherah Lucas position because of her sex, female, and her pregnancy;

    B. Placing Asherah Lucas on involuntary unpaid leave from her position because of her sex, female and pregnancy;

    C. Discharging and/or constructively discharging Asherah Lucas because of her sex, female, and her pregnancy; and

    D. Discharging Dominique McNary because of her sex, female, and pregnancy.

8. The effect of the practices complained in paragraph 7 of above has been to deprive Asherah Lucas and Dominique McNary of equal employment opportunities and otherwise adversely affect their status as employees because of their sex, female (pregnancy).

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice and/or reckless indifference to the federally protected rights of Asherah Lucas and Dominique McNary.

**PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A.  Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which deny employment opportunities to persons on the basis of sex or pregnancy, including from engaging in any employment practices which deny employment opportunities to persons on the basis of sex or pregnancy, including failing or refusing to provide temporary accommodations, placing employees on involuntary unpaid leave, and discharging and/or constructively discharging employees, because of sex, female, and pregnancy.

B.  Order Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for pregnant women, and which eradicate the effects of its past and present unlawful employment practices.

C.  Order Defendant to make whole Asherah Lucas and Dominique McNary by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including, but not limited to, rightful-place hiring or front pay for Asherah Lucas and Dominique McNary.

D.  Order Defendant to make whole Asherah Lucas and Dominique McNary by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in Paragraph 7 above, including moving expenses, job search expenses, and other such pecuniary losses in amounts to be determined at trial.

E.  Order Defendant to make whole Asherah Lucas and Dominique McNary who were adversely affected by the unlawful employment practices described above, by providing compensation for past and future nonpecuniary losses, including, but not limited to, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses, in amounts to be determined at trial.

F.  Order Defendant to pay Asherah Lucas and Dominique McNary punitive damages for its malicious and/or reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs in this action.

## JURY TRIAL DEMANDED

The Commission requests a jury trial on all questions of fact raised by its Complaint.

DATED this 16th day of May, 2008.

Respectfully submitted,

RONALD COOPER
General Counsel

EQUAL EMPLOYMENT PPORTUNITY
COMMISSION
1801 L Street, NW
Washington, D.C.  20507

/s/ Medina for *Mary Jo O'Neill*
MARY JO O'NEILL
Regional Attorney


/s/ Medina for *Sally C. Shanley*
SALLY C. SHANLEY
Supervisory Trial Attorney


EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
Phoenix District Office
3300 North Central Avenue
Suite 690
Phoenix, Arizona 85012


**Electronically Filed**

*/s/ LORETTA MEDINA*
LORETTA MEDINA
Senior Trial Attorney


VERONICA A. MOLINA
 Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
Albuquerque Area Office
505 Marquette NW, Suite 900
Albuquerque, New Mexico 87102
(505) 248-5230

Attorneys for Plaintiff